UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| UNITED STATES OF AMERICA, | No. C 11-00858 LB |
|---|---|
| Plaintiff, | **ORDER SETTING HEARING DATE FOR DISPOSITIVE MOTIONS** |
| v. | |
| MELVIN LOUIS MCCLENDON, | |
| Defendant. | |

In its letter updating the court as to the status of the case, Plaintiff United States of America requests that the court set a date to file a dispositive motion. ECF No. 13 at 2. Defendant Melvin McClendon did not comply with the court's earlier order, ECF No. 10 at 2, which required the parties to file update letters after they met and conferred about document discovery and settlement. Given this posture, the court **ORDERS** that it shall hear any dispositive motion on February 2, 2012.

**IT IS SO ORDERED.**

Dated: November 4, 2011

_____
LAUREL BEELER
United States Magistrate Judge

C 11-00858 LB
ORDER