MICHAEL COSENTINO, SBN 83253
Attorney at Law
P.O. Box 129
Alameda, CA 94501

Telephone: (510) 523-4702
Facsimile:  (510) 747-1460

Attorney for the Plaintiff
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>MELVIN LOUIS McCLENDON,<br><br>                Defendant. | Case No. CV11-00858 SLM (LB)<br><br>STIPULATION FOR ORDER ENTERING DISMISSAL WITH PREJUDICE AND ORDER THEREON |

It is hereby stipulated by and between plaintiff, United States of America, through its attorney of record, Michael Cosentino, and defendant, Melvin Louis McClendon, that the above entitled matter be dismissed with prejudice.

December 16, 2011

_____
Michael Cosentino, attorney for plaintiff,
United States of America

December 16, 2011

_____
Melvin Louis McClendon, defendant

The foregoing stipulation having been considered, the matter having been submitted and good cause therefor,

THE COURT ORDERS THAT the herein matter be and hereby is dismissed with prejudice.

Dated: April 9, 2012

_____
Magistrate Judge Laurel Beeler